UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.:  3:97cr6/RV/CJK
 3:17cv354/RV/CJK

SHERWIN D. KNIGHT,

    Defendant.
_____/

REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Defendant commenced this action by filing a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. (ECF No. 515). By order of this court dated May 30, 2017, Defendant had twenty-eight (28) days to file an amended § 2255 motion on the proper court form or file a notice of voluntary dismissal. (ECF No. 516). Defendant did not file anything in response to the order. Therefore, on July 26, 2017, the court issued an order requiring Defendant to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court. (ECF No. 517). The time for compliance with the show cause order has now elapsed, and

Defendant has failed to file an amended § 2255 motion or a notice of voluntary dismissal.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Defendant's failure to comply with an order of the court.

At **Pensacola, Florida,** this 24th day of August, 2017.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case Nos.: 3:97cr6/RV/CJK: 3:17cv354/RV/CJK