# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

v.  Case Nos.: 3:97cr6/RV/CJK
　　　　　　　　　3:17cv354/RV/CJK

**SHERWIN D. KNIGHT,**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 24, 2017 (doc. 518). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

This case is **DISMISSED without prejudice** for Defendant's failure to comply with an order of the court.

DONE AND ORDERED this 27th day of September, 2017.

　　　　　　　　　　　　　　/s/ *Roger Vinson*　　　　　　　
　　　　　　　　　　　　　　ROGER VINSON
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE